O
JS-6 / Enter

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAIN DION CAMPBELL,<br><br>Petitioner,<br><br>v.<br><br>TIM VIRGA, Warden,<br><br>Respondent. | Case No. CV 10-1698 JGB (JCG)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of Unites States Magistrate Judge, Granting Petition for Writ of Habeas Corpus, and Denying Certificate of Appealability,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is **CONDITIONALLY GRANTED** as to Ground One, and **DENIED WITH PREJUDICE** as to Grounds Two through Eight, for the reasons set forth in the Magistrate Judge's Report and Recommendation.

///
///
///
///
///

IT IS FURTHER ORDERED AND ADJUDGED that Petitioner either be brought to retrial within sixty (60) days of the date of this judgment – plus any additional delay authorized under state law – or, alternatively, be discharged from the adverse consequences of his conviction in Los Angeles Superior Court Case No. KA074541.

DATED: October 22, 2014

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE